United States District Court
Southern District of Texas
**ENTERED**
January 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SAN ANTONIO BAY ESTUARINE WATERKEEPER, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-00047 |
| FORMOSA PLASTICS CORP, TEXAS, *et al*, | § § § | |
| Defendants. | § § | |

**ORDER**

On this day, the Court considered the plaintiffs' unopposed motion for leave to file an amended complaint. (Dkt. No. 42). After having reviewed the motion, and good cause having been shown, the Court determines that the plaintiffs' motion should be GRANTED. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."). Accordingly, it is, therefore,

**ORDERED** that the plaintiffs' unopposed motion for leave to file an amended complaint is **GRANTED**.

It is FURTHER **ORDERED** that the clerk is directed to file the plaintiffs' First Amended Complaint, attached as Exhibit "1" to their motion for leave, as of the date of this Order.

SIGNED on this 28th day of January, 2019.

_____
Kenneth M. Hoyt
United States District Judge