United States District Court
Southern District of Texas
**ENTERED**
June 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SAN ANTONIO BAY ESTUARINE WATERKEEPER, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-00047 |
| | § § | |
| FORMOSA PLASTICS CORP, TEXAS, *et al*, | § § | |
| Defendants. | § | |

## ORDER DENYING DEFENDANTS' MOTION TO STAY

Having reviewed the defendants' Motion to Stay and Memorandum in Support and the accompanying Attachments (Dkt. No. 150), as well as the plaintiffs' response, the Court finds that motion should be and hereby is **DENIED**.

It is so **ORDERED**.

SIGNED on this 17th day of June, 2019.

_____
Kenneth M. Hoyt
United States District Judge