# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION

| | |
|---|---|
| SAN ANTONIO BAY ESTUARINE WATERKEEPER, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>FORMOSA PLASTICS CORP., TEXAS, et al., )<br><br>Defendants. ) | CIVIL ACTION NO. 6:17-cv-00047 |

## JOINT MOTION TO ENTER THE CONSENT DECREE

On October 15, 2019, Plaintiffs San Antonio Bay Estuarine Waterkeeper and S. Diane Wilson (collectively, "Plaintiffs") and Defendants Formosa Plastics Corp., Texas and Formosa Plastics Corp., U.S.A. (collectively, "Defendants") filed their Joint Notice of Settlement and Commencement of 45-Day Review Period (this "Joint Notice"). On October 25, 2019, Plaintiffs filed a Notice of Service of Consent Decree on U.S. Department Of Justice ("DOJ") and Environmental Protection Agency ("EPA") advising the Court the Plaintiffs and Defendants ("collectively, "Parties") were notified by email by the DOJ Citizen Suit Coordinator that, on October 22, 2019, the DOJ received the notice required by § 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3) and 40 C.F.R. 135.5(b). Pursuant to § 505(c)(3) and 40 C.F.R. 135.5(b), the DOJ and EPA have a 45-day notice period, which ends on December 6, 2019. However, as stated in the Plaintiffs' Notice of Service of Consent Decree, David Gualtieri, the DOJ attorney assigned to this matter, recommended the Court's December 3, 2019 hearing on the proposed Consent Decree setting not be moved. On November 21, 2019, counsel for the Parties participated in a

1

conference call with Mr. Gualtieri and, later that day, Mr. Gualtieri confirmed via electronic mail that DOJ would provide any comments on the proposed Consent Decree by no later than Monday, December 2, 2019 and, if DOJ did not submit to the Court or the Parties comments on the proposed consent decree by that date, the Parties are authorized to represent to the Court that the DOJ has completed its review and has not submitted comments.

Since filing the proposed Consent Decree with the Court, the Parties have amended Paragraph 60 of the proposed Consent Decree to reflect the correct recipient of the funds described therein, namely, the University of Texas Marine Science Institute Nurdle Patrol as opposed to National Estuarine Research Reserve. The DOJ has been advised of this change and has no concerns about it. Otherwise, the proposed Consent Decree is unchanged from the document filed with this Court on October 15, 2019.

As set forth more fully in the accompanying Memorandum in Support of Joint Motion to Enter the Consent Decree, the proposed Consent Decree is fair, reasonable, and consistent with the goals of the Clean Water Act, 33 U.S.C. 1251 et seq. Accordingly, the Parties respectfully request the Court approve and enter the proposed Consent Decree on December 6, 2019 to be effective on January 15, 2020, as agreed to by the Parties, by signing page 27 of the attached Consent Decree submitted with this Motion as a proposed order.

Date: November 27, 2019    Respectfully submitted,

By: */s/ Amy Johnson*
Amy Johnson
Texas State Bar No. 10679550
5836 SE Madison St.
Portland, OR 97215
503-939-2996 Telephone
210-229-9328 Fax
amy@savagejohnson.com

2

Erin Gaines
Texas State Bar No. 24093462
Jennifer Richards
Texas State Bar No. 24107975
TEXAS RIOGRANDE LEGAL AID
4920 N-I35
Austin, TX 78751
512-374-2739 Telephone
512-447-3940 Fax
egaines@trla.org
jrichards@trla.org

Enrique Valdivia
Texas State Bar No. 2029100
TEXAS RIOGRANDE LEGAL AID
1111 N Main Avenue
San Antonio, TX 78212
210-212-3700 Telephone
210-229-9328  Fax
evaldivia@trla.org

**ATTORNEYS FOR PLAINTIFF
S. DIANE WILSON**

By: */s/ David Frederick*
David Frederick
Texas State Bar No. 07412300
Frederick, Perales, Allmon & Rockwell, PC
1206 San Antonio
Austin, Texas 78701
(512) 469-6000 Telephone
(512) 482-9346 Fax
dof@lf-lawfirm.com

David T. Bright
Texas State Bar No. 02991490
Federal Bar No. 8628
SICO HOELSCHER HARRIS & BRAUGH, LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
(361) 653-3300 Telephone
(361) 653-3333 Fax
dbright@shhlaw.com

**ATTORNEYS FOR PLAINTIFF
S. DIANE WILSON AND
SAN ANTONIO BAY ESTUARINE
WATERKEEPER**

By:*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 6584975
Diana L. Nichols
Texas State Bar No. 00784682
J.R. Johnson
Texas State Bar No. 24070000
Sven Stricker
Texas State Bar No. 24110418
KELLY HART & HALLMAN, LLP
303 Colorado Street, Suite 2000
Austin, TX  78701
(512) 495-6400 Telephone
(512) 495-6401 Fax
steve.ravel@kellyhart.com
diana.nichols@kellyhart.com
jr.johnson@kellyhart.com
sven.stricker@kellyhart.com

John A. Riley
Texas State Bar No. 16927900
HOLLAND & KNIGHT LLP
111 Congress Ave., Ste. 540
Austin, Texas 78701
(512) 954-6525 Telephone
(512) 472-7473 Fax
Email: john.riley@hklaw.com

**ATTORNEYS FOR DEFENDANTS, FORMOSA PLASTICS CORP., TEXAS and FORMOSA PLASTICS CORP., U.S.A**