United States District Court
Southern District of Texas
**ENTERED**
December 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SAN ANTONIO BAY ESTUARINE WATERKEEPER and SYLVIA DIANE WILSON, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 6:17-CV-00047 |
| FORMOSA PLASTICS CORP, TEXAS and FORMOSA PLASTICS CORP., U.S.A. and FORMOSA PLASTICS CORP, AMERICA, | § § § § § § | |
| Defendants. | § | |

**SUPPLEMENTAL ORDER REQUIRING JOINT STATUS REPORT FOR
EXHIBITS FILED UNDER SEAL**

This Court, after considering the parties' Joint Motion to Enter the Consent Decree and holding a hearing on the motion on December 2, 2019, hereby instructs the parties to review any and all exhibits filed under seal in this matter, determine whether any such exhibits need to be retained under seal and, if so, a time when the designation of filed under seal may be removed. The parties are ORDERED to report the status of their review of the exhibits filed under seal no later than one year from the date of this Order.

It is so ORDERED.

SIGNED on this 19th day of December, 2019.

_____
Kenneth M. Hoyt
United States District Judge