United States District Court
Southern District of Texas
**ENTERED**
August 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| SAN ANTONIO BAY ESTUARINE WATERKEEPER, *et al*, § § § § Plaintiffs, § VS. § FORMOSA PLASTICS CORP, TEXAS, *et al*, § § Defendants. § | CIVIL ACTION NO. 6:17-CV-00047 |

### ORDER FOLLOWING TELEPHONE CONFERENCE
### HELD ON August 3, 2020 at 9:30 AM

Appearances:   Amy Ruth Johnson
Erin Laurel Gaines
J. Stephen Ravel
John A. Riley
(Court Reporter: N. Forrest)

The following rulings were made:

The conducted a telephone conference that permitted arguments concerning the proper interpretation or interplay between paragraphs 36, 37 and 38 of the Consent Decree (Dkt. No. 197) as they relate to the role of the Monitor.

A separate Order will issue.

It is so ORDERED.

SIGNED on this 3rd day of August, 2020.

Kenneth M. Hoyt
United States District Judge